No. 94–5320. MOLINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5321. GRUBBS v. WESTERN BAPTIST HOSPITAL. C. A. 6th Cir. Certiorari denied.

No. 94–5323. MAGEE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–5325. PATRICIA M. v. SAN DIEGO COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 94–5327. SJOGREN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5328. WEST v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–5329. EASLEY v. TEXAS. C. A. 5th Cir. Certiorari denied.

No. 94–5330. EASLEY v. MARTIN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–5331. FERTEL-RUST v. CITY OF WAUWATOSA, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 94–5332. TAYLOR v. STEPANIK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5333. DAVIS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–5335. BRUMBY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–5339. COTHRAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–5340. COBB v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 94–5343. WEINSTEIN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.